## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **RANDALL WHALLEN**,<br><br>        **Plaintiff**,<br><br>v.<br><br>**eHEALTH, INC.**,<br><br>        **Defendant**. | **Civil Action No.: 3:18-cv-01162-D** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the claims of Plaintiff Randall Whallen shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without prejudice.

Dated: November 8, 2018

**HUGHES ELLZEY LLP**

/s/ *Jarrett L. Ellzey*
Jarret L. Ellzey
2700 Post Oak Blvd, Suite 1120
Houston, TX 77056
Telephone: (888) 350-3931
Facsimile: (888) 995-3335

*Counsel for Plaintiff Randall Whallen*

Dated: November 8, 2018

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

/s/ *Aden M. Allen*
Aden M. Allen
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone: (512) 338-5400
Facsimile: (512) 338-5499

*Counsel for Defendant eHealth, Inc.*